UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MELISSA BELL

v.

LUBRICATION MANAGEMENT CO., INC. d/b/a Expressway Lube Center, WESTERLY FAST OIL, LLC and DAVID BAKER, Individually and in his capacity as District Manager for Lubrication Management Co., Inc.

CA 07 280 S
C.A. No. ________________

**NOTICE OF REMOVAL**

Defendant, Westerly Fast Oil, LLC, invokes this Court's jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a), and removes a civil action brought in the Rhode Island Superior Court, Washington County, to the United States District Court for the District of Rhode Island. As grounds therefore, defendant states as follows:

1. Plaintiff, Melissa Bell, filed a complaint in the above-captioned matter in the Rhode Island Superior Court, Washington County, on or about December 29, 2006 and filed an amended complaint on or about February 16, 2007. A copy of the amended complaint is attached as Exhibit A.

2. Plaintiff served a copy of said amended complaint on defendant on or about July 9, 2007.

3. Plaintiff is believed to be a resident and citizen of the State of Rhode Island.

4. Defendant, Westerly Fast Oil, LLC, is a Rhode Island limited liability company whose members are all residents and citizens of the State of Connecticut. For purposes of diversity jurisdiction, the citizenship of unincorporated entities, including limited liability

companies, is determined by the citizenship of its members. *See Pramco, LLC v. San Juan Bay Marina, Inc.*, 435 F. 3d 51, 54 (1st Cir. 2006). Westerly Fast Oil, LLC is therefore a citizen of the State of Connecticut and diverse from plaintiff.

5. Defendant Lubrication Management Co., Inc. is a Connecticut corporation with a principle place of business in Norwalk, Connecticut.

6. Defendant David Baker is a resident and citizen of the State of Connecticut.

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and removal to this Court is proper under 28 U.S.C. § 1441(a), insofar as this controversy is between citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

8. This Notice of Removal is filed within the time period prescribed by 28 U.S.C. § 1446(b).

9. On this date, defendant filed a Notice of Filing of Notice of Removal in the Rhode Island Superior Court, Washington County. A copy of this notice is attached as Exhibit B.

WESTERLY FAST OIL, LLC

By its Attorneys,

Michael F. Kraemer (#6751)
Matthew P. Horvitz (#7289)
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

Dated: July 24, 2007

**Defendants Lubrication Management Co., Inc. and David Baker's Consent to Removal**

Defendants Lubrication Management Co., Inc. and David Baker hereby join in and otherwise consent to Westerly Fast Oil, LLC's Notice of Removal.

LUBRICATION MANAGEMENT CO., INC.
and DAVID BAKER

By their Attorneys,

Michael F. Kraemer (#6751)
Matthew P. Horvitz (#7289)
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

DATED: July 24, 2007

CERTIFICATION

To:

Noelle K. Clapham, Esq.
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, Rhode Island 02879

I hereby certify that I mailed a true and accurate copy of the within Notice of Removal to counsel of record, as set forth above, on July 24, 2007.

#818018