**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MELISSA BELL** | : | |
| **Plaintiff** | : | |
| | : | **C.A. No. 07-280S** |
| | : | |
| **LUBRICATION MANAGEMENT CO., INC. d/b/a Expressway Lube Center, WESTERLY FAST OIL, LLC and DAVID BAKER, Individually and in his capacity as District Manager for Lubrication Management Co., Inc.** | : | |
| **Defendants** | : | |

## ENTRY OF APPEARANCE

Now comes the undersigned, and enters her appearance on behalf of Plaintiff, Melissa Bell.

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
vbejma@smrobinsonlaw.com
August 23, 2007

## CERTIFICATION

I, the undersigned, hereby certify that on August 23, 2007, I sent a true copy of the within by electronic filing to all of the parties below:

Michael F. Kramer, Esq.
Matthew P. Horvitz, Esq.
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

/s/ Vicki J. Bejma