| | | |
|---|---|---|
| STATE OF RHODE ISLAND<br>WASHINGTON, SC. | : | SUPERIOR COURT |
| MELISSA BELL | : | C.A. No: W 06-764 |
| v. | : | |
| LUBRICATION MANAGEMENT CO., INC. d/b/a Expressway Lube Center, WESTERLY FAST OIL, LLC and DAVID BAKER, Individually and in his capacity as District Manager for Lubrication Management Co., Inc. | : | |

**AFFIDAVIT OF SERVICE UPON DEFENDANT DAVID BAKER**

I, Noelle K. Clapham, hereby declare under penalty of perjury, that pursuant to Rule 4(f) of the Superior Court Rules of Civil Procedure, I did cause a copy of the Summons and Amended Complaint to be served upon Defendant David Baker by certified mail, return receipt requested. Attached hereto and made a part hereof is a United States Postal Service Print out of confirmation of delivery and the original mailing receipt showing delivery was made on or about February 21, 2007, acknowledging receipt of the copy of the Summons and Amended Complaint in this action.

N.K. Clapham

**CERTIFICATION**

I hereby certify that on this 13th day of March, 2007, that I caused a true and complete copy of the foregoing Affidavit together with a copy of the referenced attached document to be mailed first class postage prepaid to Defendant's counsel: Matthew P. Horvitz, Esquire, Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, RI 02903-2393.

N.K. Clapham