| | | |
|---|---|---|
| STATE OF RHODE ISLAND<br>WASHINGTON, SC. | : | SUPERIOR COURT |
| MELISSA BELL | : | C.A. No: W 06-764 |
| v. | : | |
| LUBRICATION MANAGEMENT CO., INC.<br>d/b/a Expressway Lube Center, WESTERLY<br>FAST OIL, LLC and DAVID BAKER,<br>Individually and in his capacity as District<br>Manager for Lubrication Management Co., Inc. | : | |

**AFFIDAVIT OF SERVICE UPON DEFENDANT**
**LUBRICATION MANAGEMENT CO., INC.**

I, Noelle K. Clapham, hereby declare under penalty of perjury, that pursuant to Rule 4(f) of the Superior Court Rules of Civil Procedure, I did cause a copy of the Summons and Amended Complaint to be served upon Defendant Lubrication Management Co., Inc. by certified mail, return receipt requested. Attached hereto and made a part hereof is the United States Postal Service certified receipt card duly signed for by the Registered Agent for Service of Process for Lubrication Management Co., Inc. on or about March 8, 2007, a United States Postal Service Print out of confirmation of delivery and the original mailing receipt, all acknowledging receipt of the copy of the Summons and Amended Complaint by the Defendant in this action.

N.K. Clapham

**CERTIFICATION**

I hereby certify that on this 13th day of March, 2007, that I caused a true and complete copy of the foregoing Affidavit together with a copy of the referenced attached document to be mailed first class postage prepaid to Defendant's counsel: Matthew P. Horvitz, Esquire, Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, RI 02903-2393.

N.K. Clapham