# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [ ] KENT [x] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No WC 2006-0764

MELISSA BELL
**Plaintiff**

WESTERLY FAST OIL
**Defendant**

***Summons***

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon NOELLE K. CLAPHAM Plaintiff's attorney, whose address is 24 SALT POND ROAD, SUITE A-8 SOUTH KINGSTOWN, RI 02879 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

C. R. C[illegible]
CLERK

Dated: 2/15/07

**(Seal of the Superior Court)**

S- 135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

Washington ....................., SC

## PROOF OF SERVICE

I hereby certify that on the ..........22.......... day of February 2007 ............ I served a copy of this summons and a copy of the complaint received therewith upon Melissa Bell ..............................
271 Post rd, Westerly R.I. ..............................
in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, ..............................
.............................................................., with a person of suitable age and discretion then residing therein. (Address)

By leaving a copy of the summons and complaint at his/her usual place of abode, ..............................
.............................................................., with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ..............................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:
..............................................................
..............................................................
..............................................................

~~Sheriff's Fees~~

Travel ........................ $ 45.00

Service ........................ $ ........................

$ 45 ........................

............................ ~~Deputy Sheriff~~
Constable #6139

CIVIL ACTION

FILE NO. ........ WC 2006-0764

SUMMONS

SUPERIOR COURT

MELISSA BELL

VS

LUBRICATION MANAGEMENT CO., INC., WESTERLY FAST OIL, LLC AND DAVID BAKER

N.K. Clapham
ATTORNEY FOR PLAINTIFF

NOELLE K. CLAPHAM (5338)
24 SALT POND ROAD, SUITE A-8
SOUTH KINGSTOWN, RI 02879
(401) 783-3600

X Melissa Bell

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.