**State of Rhode Island and Providence Plantations**
**Office of the Secretary of State**

Corporations Division
148 W. River Street
Providence, Rhode Island 02904-2615
Telephone: (401) 222-3040

## *WESTERLY FAST OIL, LLC* Summary Screen

Help with this form

**The exact name of the Domestic Limited Liability Company:** WESTERLY FAST OIL, LLC

**Entity Type:** Domestic Limited Liability Company

**Identification Number:** 000111116

**Date of Organization in Rhode Island:** 02/24/2000 **Effective Date:** 02/24/2000

**The location of its principal office:**
No. and Street: 89 FRANKLIN STREET
City or Town: WESTERLY State: RI Zip: 02891- Country: USA

**The mailing address or specified office:**
No. and Street: 12 HIGH ST
City or Town: NORWALK State: CT Zip: 06851- Country: USA

**The name and address of the Registered Agent:**
No. and Street: 89 FRANKLIN STREET
City or Town: WESTERLY State: RI Zip: 02891-
Name: MELISSA SMITH

**The limited liability company is to be managed by its** **Managers**

**The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address<br>Address, City or Town, State, Zip Code, Country |
|---|---|---|
| MANAGER | ALBERT CHANCE | 200 CONNECTICUT AVENUE<br>NORWALK, CT 06854- USA |

**Purpose**

OIL CHANGING CENTER

TITLE: 7-16

X Address Maintained ___ Agent Resigned

__ Confidential Data __ Does Not Require Annual Report

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Annual Report
Application for Reservation of Entity Name
Articles of Amendment
Articles of Amendment to Change Management Only

Click Here to access 2006 and 2007 annual reports filed and imaged prior to July 25, 2007. Identification Number is Required

View Filings New Search

© 2007 State of Rhode Island and Providence Plantations
All Rights Reserved

Help