STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: WC-2006-0764 MELISSA BELL V LUBRICATION MANAGEMENT CO

Filing Date: 12-29-2006
Case Status: UNASSIGNED

Case Type: CIVIL RIGHTS/JOB DISCRIM
Status Date: 12-29-2006

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

| | | |
|---|---|---|
| Plaintiff: MELISSA BELL<br>ID: @10880987 | Attorney: NOELLE CLAPHAM |
| Defendant: LUBRICATION MANAGEMENT CO INC<br>ID: @10880989 | Attorney: MICHAEL KRAEMER<br>Attorney: MATTHEW HORVITZ |
| Defendant: WESTERLY FAST OIL LLC<br>ID: @10880990 | Attorney: MICHAEL KRAEMER<br>Attorney: MATTHEW HORVITZ |
| Defendant: DAVID BAKER<br>ID: @10880991 | Attorney: MATTHEW HORVITZ<br>Attorney: MICHAEL KRAEMER |

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 06-18-2007 | MOTION TO DISMISS<br>ORDER TO ENTER | W CRT2 | RUBINE |
| 06-18-2007 | MOTION TO QUASH<br>DENIED | W CRT2 | RUBINE |
| 08-20-2007 | MOTION TO COMPEL<br>PASSED | W CRT3 | NUGENT |

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-29-2006 | COMPLAINT FILED | |
| 12-29-2006 | INITIAL FILING FEE | |
| 12-29-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCW33779. |
| 02-16-2007 | AMENDED COMPLAINT FILED | Affiliated: BELL, MELISSA |
| 03-12-2007 | SUMMONS,PROOF OF SERVICE FILED | UPON MELISSA BELL———SERVED ON 2/22/07<br>Affiliated: BELL, MELISSA |
| 03-14-2007 | AFFIDAVIT OF SERVICE FILED | UPON DEFT DAVID BAKER |
| 03-14-2007 | AFFIDAVIT OF SERVICE FILED | UPON LUBRICATION MGMT CO INC |
| 03-15-2007 | MOT FOR ENLARGEMENT OF TIME | HRD 3/16<br>Affiliated: BAKER, DAVID |
| 03-15-2007 | MOTION | TO EXPEDITE HEARING—HRD 3/16<br>Affiliated: BAKER, DAVID |
| 03-15-2007 | ENTRY OF APPEARANCE | Affiliated: HORVITZ, MATTHEW |
| 03-20-2007 | ENTRY OF APPEARANCE | Affiliated: HORVITZ, MATTHEW |
| 03-20-2007 | ENTRY OF APPEARANCE | Affiliated: KRAEMER, MICHAEL |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: WC-2006-0764 MELISSA BELL V LUBRICATION MANAGEMENT CO

| | | |
|---|---|---|
| 03-20-2007 | ENTRY OF APPEARANCE | Affiliated: KRAEMER, MICHAEL |
| 04-02-2007 | CONSENT ORDER ENTERED | RUBINE,J——DEFTS HAS UNTIL 4/7/07 TO ANSWER. DEFT DAVID BAKER WITHDRAWS MOT TO EXPEDITE HEARING & MOT FOR EXTENSION OF TIME TO RESPOND<br>Affiliated: RHODE ISLAND COURTS |
| 04-10-2007 | ANSWER FILED | & LUBRICATION MGMT CO INC TO COMPLAINT<br>Affiliated: BAKER, DAVID |
| 05-17-2007 | OBJECTION FILED | TO DEFTS MOT TO DISMISS<br>Affiliated: BELL, MELISSA |
| 06-06-2007 | MOTION TO COMPEL PRODUCTION | GRANTED UNDER RULE OF COURT AS OF 6/18/07<br>Affiliated: LUBRICATION MANAGEMENT CO INC |
| 06-08-2007 | SUBPOENA DUCES TECUM | UPON KEEPR OF RECORDS RI DEPT LABOR & TRAINING<br>Affiliated: LUBRICATION MANAGEMENT CO INC |
| 06-11-2007 | MEMORANDUM FILED | REPLY TO PLTF OBJ TO MOT TO DISMISS<br>Affiliated: WESTERLY FAST OIL LLC |
| 06-14-2007 | OBJECTION FILED | TO MOT TO QUASH<br>Affiliated: LUBRICATION MANAGEMENT CO INC |
| 06-18-2007 | ORDER TO ENTER | |
| 06-18-2007 | DENIED | |
| 06-27-2007 | ORDER, MOTION TO QUASH | RUBINE,J—DLT'S MOT——DENIED<br>Affiliated: RHODE ISLAND COURTS |
| 07-06-2007 | ORDER ENTERED MOTION TO DISM | RUBINE,J—DEFTS MOT TO DISMISS——————DENIED———<br>Affiliated: RHODE ISLAND COURTS |
| 07-13-2007 | AFFIDAVIT OF SERVICE FILED | Affiliated: WESTERLY FAST OIL LLC |
| 07-25-2007 | NOTICE | REMOVAL TO US DISTRICT COURT<br>Affiliated: WESTERLY FAST OIL LLC |
| 07-26-2007 | ANSWER FILED | TO COMPLAINT<br>Affiliated: WESTERLY FAST OIL LLC |
| 08-20-2007 | PASSED | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island