UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MELISSA BELL | : | |
| | : | |
| v. | : | C.A. No. 1:07-cv-00280-S-LDA |
| | : | |
| LUBRICATION MANAGEMENT CO., INC. d/b/a Expressway Lube Center, WESTERLY FAST OIL, LLC and DAVID BAKER, individually and in his capacity as District Manager for Lubrication Management, Inc. | : | |

**DEFENDANTS' MOTION TO COMPEL FURTHER DISCOVERY RESPONSES**

Defendants' Lubrication Management Co., Inc. and David Baker move the Court for an order to compel discovery pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 37. Specifically, these defendants request that the Court order plaintiff to fully answer Interrogatory Nos. 1, 2, 3, 4, 5, 6, 7 and provide responsive documents to Document Requests Nos. 1, 2 and 5.

In support of this motion, Lubrication Management Co., Inc. and David Baker rely on the memorandum of law submitted herewith.

LUBRICATION MANAGEMENT CO., INC.,
AND DAVID BAKER,
By their Attorneys,

/s/ Michael F. Kraemer

Michael F. Kraemer (#6751)
Matthew P. Horvitz (#7289)
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)
mkraemer@haslaw.com
mhorvitz@haslaw.com

Dated: September 18, 2007

**CERTIFICATE OF COMPLIANCE**
**WITH F.R. CIV. P. 37(a)(2)**

I certify that I have in good faith conferred in an effort to resolve the dispute and secure the requested information and material without court action. Counsel for defendants wrote to plaintiff's counsel on May 11, 2007 and again on June 19, 2007 and outlined the deficiencies in her discovery responses and requested her to supplement these responses. We have not received responses to theses requests.

/s/ Michael F. Kraemer
Michael F. Kraemer (#6751)

**CERTIFICATION**

Noelle K. Clapham, Esq.
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879

Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903

I certify that a true and accurate copy of the within motion was served on counsel of record, as listed above electronically, on the 18th day of September, 2007.

/s/ Michael F. Kraemer
Michael F. Kraemer (#6751)

#829505v1 (60181/132231)