# EXHIBIT A

RECEIVED
OCT 24 2007
2:43 p.m

STATE OF RHODE ISLAND SUPERIOR COURT
WASHINGTON, SC

| | | |
|---|---|---|
| MELISSA BELL<br>Plaintiff | : | |
| | : | C.A. No. W 06-764 |
| v. | : | |
| | : | |
| LUBRICATION MANAGMENT CO., INC.<br>ET. AL. | : | |

**PLAINTIFF MELISSA BELL'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANTS' PRODUCTION REQUESTS**

Now comes Plaintiff Melissa Bell, by and through counsel, and pursuant to the Superior Court Rules of Civil Procedure, answers and interposes specific objections to Defendants' Production Requests as restated below.

1. All federal and state income tax returns filed by plaintiff for the years 2004, 2005 and 2006.

ANSWER: Plaintiff states: See documents labeled 0001-0003 produced herewith.

2. All federal income tax W-2 and 1099 forms, pay records, and any other documents in plaintiff's possession or control, reflecting income earned by plaintiff during 2004, 2005, 2006 and 2007.

ANSWER: Plaintiff states: See documents labeled 0004-0007 and 059-093 produced herewith.

3. Any documents in your possession or control, which relate to the terminations of your employment at Lubrication Management.

OBJECTION: Plaintiff objects that the Request is vague, overly broad and unduly burdensome.

ANSWER: Plaintiff states see documents labeled 0008-0044 produced herewith. Plaintiff further states see Charge of Discrimination and related Rhode Island Commission of Human Rights Documents and Plaintiff's Superior Court Complaint. Plaintiff further states see response to Request No. 5. See also document labeled 094.

4. Any documents relating to any efforts on your part to find employment from October 1, 2005 to the date of your response.

ANSWER: Plaintiff states: None.

5. Any notes, diaries, notebooks, or other writings relating to your employment with the defendant or the termination of that employment.

OBJECTION: Plaintiff objects to the extent that the Request seeks privileged attorney client communications and/or privileged attorney work product.

ANSWER: Plaintiff states see documents labeled 0044-0058 produced herewith. Plaintiff states that she has loose leave pages from a calendar for the years 2005 and 2006 that were formerly contained within a black notebook. In addition to the information sought in this Request, many of the pages contain personal information of the Plaintiff and her family which are not responsive to the within Request. Accordingly, the pages have been reviewed by counsel, and all pages containing information responsive to the Request have been produced. Information contained within pages produced that is not responsive to the Request has been redacted. Plaintiff will agree to have all pages reviewed by the Court in camera if the Defendants dispute proper production. See documents labeled 107, 115, 119, 121, 125, 133, 136, 146, 153, 168, 170, 174, 176, 177, 183, 184, 188, 202, 205, 217, 224, 226, 227, 238, 241, 256, 262, 268, 269, 279, 293, 318, 322, 329, 330, 332,. 333, 336, 337, 345, 352-355, 357, 361, 363, 365, 366, 368, 369, 371, 375, 379, 382 - 384, 386-388, 390, 395, 397, 402-404, 409-411, 414, 417, 426, 432, 440, 450, 456, 458, 460, 470, 471, 472, 474-476, 478-483, 486, 487, 488, 490, 496, 500, 504, 510, 512, 516, 518-521, 524, 525, 527-530, 532, and 533.

6. Any documents identified in your answers to defendants' interrogatories.

ANSWER: None.

PLAINTIFF MELISSA BELL
By her Attorney,

N.K. Clapham (M.T.)

Noelle K. Clapham (5338)
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2007, I hand delivered a true and complete copy of the foregoing to counsel of record: Michael F. Kraemer, Esquire and Matthew P. Horvitz, Esquire, Hinckley, Allen & Snyder, LLP, 50 Kennedy Plaza, Suite 1500, Providence, RI 02903.

Melissa A. Thomson