UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MELISSA BELL | : | |
| | : | |
| v. | : | C.A. No. 1:07-cv-00280-S-LDA |
| | : | |
| LUBRICATION MANAGEMENT CO., INC. d/b/a Expressway Lube Center, WESTERLY FAST OIL, LLC and DAVID BAKER, individually and in his capacity as District Manager for Lubrication Management, Inc. | : | |

## STIPULATION OF DISMISSAL

And now, this 14th day of December, 2007, it is hereby stipulated and agreed by plaintiff and defendants, through their undersigned counsel, that the within action is dismissed, with prejudice, in accordance with Rule 41(a)(1).

MELISSA BELL

By her Attorney,

/s/ Noelle K. Clapham
Noelle K. Clapham (#5338)
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (Fax)

LUBRICATION MANAGEMENT CO., INC., WESTERLY FAST OIL, LLC and DAVID BAKER,

By their Attorneys,

/s/ Michael F. Kraemer
Michael F. Kraemer (#6751)
Matthew P. Horvitz (#7289)
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

**CERTIFICATION**

Noelle K. Clapham, Esq.
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879

Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903

I certify that a true and accurate copy of the within dismissal stipulation was served on counsel of record, as listed above, electronically, on the 14th day of December 2007.

/s/ Michael F. Kraemer
Michael F. Kraemer (#6751)

#851264v1 (60181/132231)